UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

ROBERT BONGIORNO,

        DEBTOR.
_____

KAREN E. BEZNER, CHAPTER 7 TRUSTEE

        PLAINTIFF,

v.

JOSEPH BONGIORNO and JOAN BONGIORNO,

        DEFENDANTS.

Case No.: 18-16626

Adv. No.: 18-01497

Hon. Christine M. Gravelle, U.S.B.J.

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

Karen E. Bezner, Chapter 7 Trustee and Plaintiff herein, hereby stipulates that the time within which the Defendants may answer or otherwise respond to the complaint is extended for a period of thirty (30) days, or through November 30, 2018.

        **KAREN E. BEZNER, ESQ.**
        Counsel for Karen E. Bezner, Plaintiff Trustee


        By: /s/   Karen E. Bezner
            Karen E. Bezner

Dated: October 30, 2018