| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Gorski & Knowlton PC<br>By: Allen I. Gorski, Esquire<br>311 Whitehorse Ave, Suite A<br>Hamilton, New Jersey 08610<br>(609) 964-4000<br>(609) 585-2553 - facsimile<br>agorski@gorskiknowlton.com<br>Attorneys for Defendants, Joseph & Joan Bongiorno | |
| In Re:<br>ROBERT BONGIORNO,<br><br>      Debtor(s) | Chapter 7<br><br>Case No. 18-16626-CMG<br><br>Judge: Christine M. Gravelle |
| Karen E. Bezner, Chapter 7 Trustee<br><br>      *Plaintiff*<br>vs.<br><br>Joseph Bongiorno and Joan Bongiorno<br><br>      *Defendant* | Adversary Case No. 18-01497-CMG |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Defendants, Joseph and Joan Bongiorno. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

 ADDRESS: Gorski & Knowlton, PC
       311 Whitehorse Ave., Suite A.
       Hamilton, NJ 08610

 DOCUMENTS:

 ☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

 ☑ All documents and pleadings of any nature.

Dated: 11/12/18            Signed: */s/ Carol L. Knowlton*
                      CAROL L. KNOWLTON