Document Type: Deed - Exempt
Document Status: Recorded and Verified document
Instrument Number: 16-015522
Addendum Map #:
Recorded Date: 02/24/2016 03:57:48 PM
Volume: V
Book: 02195
Page: 0525
Municipality: ALPINE
Consideration Amt:
Block: 81-a
Lot: 5
Grantee Address:
Grantee Address 1:
Grantee City:
Grantee State:            Zip:
Comments:

## Name Information

**Primary Names:**
ROBERT BONGIORNO
JOSEPH BONGIORNO
HOWARD BONGIORNO
LAUREN LENOK

**Secondary Names:**
JOAN BONGIORNO
JOSEPH BONGIORNO





John S. Hogan
Bergen County Clerk

Bergen County Clerk
One Bergen County Plaza
Hackensack, NJ 07601
(201) 336-7000
www.bergencountyclerk.org



INSTRUMENT # 16-015522
V 02195 0525
RECORDED DATE: 02/24/2016 03:57:48 PM

| | | | |
|---|---|---|---|
| **Document Type:** | Deed - Exempt | Transaction #: | 7120139 |
| | | Document Page Count: | 6 |
| | | Operator Id: | CLERK |

| RETURN TO: | SUBMITTED BY: |
|---|---|
| CHICAGO TITLE COMPANY LLC<br>2446 CHURCH RD<br>3RD<br>TOMS RIVER NJ 08753 | |

| PRIMARY NAME | SECONDARY NAME |
|---|---|
| JOSEPH BONGIORNO | JOSEPH BONGIORNO |

**ASSOCIATED DOCUMENT(S):**

MUNICIPALITY: ALPINE
LOT: 5
BLOCK: 81-a

FEES / TAXES:

Recording: $93.00

Total: $93.00

INSTRUMENT #: 16-015522
Recorded Date: 02/24/2016 03:57:48 PM

I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey.

John S. Hogan
Bergen County Clerk

**OFFICIAL RECORDING COVER PAGE**   Page 1 of 7

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.



16-015522    Deed - Exempt
V Bk: 02195 Pg: 0525-0531    Rec. Fee $93.00
John S. Hogan, Bergen County Clerk
Recorded 02/24/2016 03:57:48 PM

DEED

This Deed is made on February 17, 2016

BETWEEN Joseph Bongiorno 1996 Residence Trust, Robert Bongiorno, Lauren Lenok and Howard Bongiorno, Trustees

Whose post office address is Canterbury Court, Alpine, New Jersey 07620

referred to as the Grantor.

AND Joseph Bongiorno and Joan Bongiorno, As Tenants by the Entirety

Whose post office address is Canterbury Court, Alpine, New Jersey 07620

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfer ownership of) The property (called the "Property") described below to the Grantee. This transfer is made for the sum of TEN DOLLAR ($10.00)

The Grantor acknowledges the receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of Alpine

    Block No.: 81-A    Lot No.: 5

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the Borough of Alpine, County of Bergen and State of New Jersey.

The Legal Description is

BEGINNING in the southwesterly corner of the herein described tract known as Lot 5 Block 81-A as shown on a certain map entitled "Final Subdivision Plat formerly Lot 1 Block 80 in the Borough of Alpine, Bergen County, New Jersey, Cambridge Estates, November 15, 1965" said southwesterly corner being in the easlerly sideline of Anderson Avenue and running thence (1) along the easlerly sideline of Anderson Avenue north 30 degrees 55 minutes 06 seconds, East 302.97 feet to a point of curvature; thence (2) on a curve to the right on a radius of 15.00 feet an arc distance of 28.38 feet to a point of tangency on the southerly sideline of Canterbury Court; thence (3) along the southerly sideline of Canterbury Court South 40 degrees 40 minutes 24 seconds, East 209.20 feet to the northwesterly corner of Lot 4 Block 81-A; thence (4) South 14 degrees 58 minutes 58 seconds, West 379.65 feet to a point; thence (5) along the lands now or formerly L. + A. Parsells, North 39 degrees 37 minutes 28 seconds, West 342.00 feet to the point or place of beginning.
CONTAINING 88,151 square feet.
SAID lot is also known as Lot 5 in Block 81-A as shown on a certain map entitled "Final Subdivision Plat formerly Lot 1 Block 80 in the Borough of Alpine, Bergen County, New Jersey, Cambridge Estates, Scale 1" -100', Total area 45.54 Ac. November 15, 1965" made by Conklin Associates, Engineering and Surveying, Ramsey, New Jersey, which map was filed in the Bergen County Clerk's Office as Map No. 6412 on March 4, 1966.
SUBJECT to a 75-foot setback line as shown on said map.
SUBJECT to rights, public and private, in and to any brooks, streams or other waterways crossing the subject premises.
SUBJECT to restrictions contained in Deed Book 1698 page 446.
SUBJECT to utility easement to Public Service Electric and Gas recorded in Book 4876 page 136. SUBJECT to Municipal Zoning Ordinances. Providing all of the above do not prevent the use and occupancy of the premises as a one-family dwelling.
SAID PREMISES BEING known as Canterbury Court, Alpine, New Jersey 07620
Being a part of the same premises conveyed to Joan Bongiorno on September 8, 1978 and recorded in the Bergen County Clerk's Office on September 12, 1978 in Book 6435, Page 215-217 and being and intended to be the same premises as conveyed to the Grantor by deed made by Joseph Bongiorno, dated May 30, 1996, recorded in the Bergen County Clerk's Office on June 20, 1996 in Book 7886, pages 5-8.

**4. Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's act" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as making a mortgage or allowing a judgment to be entered against the Grantor).

**5. Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed By:

_____
ROBERT BONGIORNO

_____
LAUREN LENOK

_____
HOWARD BONGIORNO

STATE OF NEW YORK, COUNTY OF NEW YORK

I CERTIFY that on February 17, 2016, ROBERT BONGIORNO, individually and as Trustee of the Joseph Bongiorno 1996 Residence Trust, personally came before me and stated to my satisfaction that this person:
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and,
(c) made this Deed for $ 10.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

MARC A ZIMMERMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ZI6302273
Qualified In Nassau County
My Commission Expires April 28, 2018

STATE OF NEW YORK, COUNTY OF NEW YORK

I CERTIFY that on February 18, 2016, LAUREN LENOK, individually and as Trustee of the Joseph Bongiorno 1996 Residence Trust, personally came before me and stated to my satisfaction that this person:
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and,
(c) made this Deed for $ 10.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

MARC A ZIMMERMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ZI6302273
Qualified In Nassau County
My Commission Expires April 28, 2018

STATE OF NEW YORK, COUNTY OF NEW YORK

I CERTIFY that on February 17, 2016, HOWARD BONGIORNO, individually and as Trustee of the Joseph Bongiorno 1996 Residence Trust, personally came before me and stated to my satisfaction that this person:
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and,
(c) made this Deed for $ 10.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

MARC A ZIMMERMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ZI6302273
Qualified In Nassau County
My Commission Expires April 28, 2018

RECORD AND RETURN TO:
The Law Offices of Michael A. Zimmerman
Attn: Michael A. Zimmerman
1350 Avenue of the Americas, 26th Floor
New York, New York 10019

Chicago Title Company, LLC
2446 Church Road
3rd floor
Toms River, N.J. 08753



State of New Jersey
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**

GIT/REP-3
(9-2015)

(Please Print or Type)

### SELLER'S INFORMATION

**Name(s)**
Lauren Lenok as Trustee of the Joseph Bongiorno 1996 Residence Trust

**Current Street Address**
Canterbury Court

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Alpine | NJ | 07620 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 81-A | 5 | |

**Street Address**
Canterbury Court

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Alpine | NJ | 07620 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 50% | 10.00 | 100% | 2/17/2016 |

### SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. [X] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. [X] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
    [ ] Seller did not receive non-like kind property.
8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.
11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. [ ] The property transferred is a cemetery plot.
14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

2-18-16
**Date**

**Signature**
(Seller) Please indicate if Power of Attorney or Attorney in Fact

**Date**

**Signature**
(Seller) Please indicate if Power of Attorney or Attorney in Fact



State of New Jersey
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**

GIT/REP-3
(9-2015)

(Please Print or Type)

### SELLER'S INFORMATION

**Name(s)**
Howard Bongiorno as Trustee of the Joseph Bongiorno 1996 Residence Trust

**Current Street Address**
Canterbury Court

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Alpine | NJ | 07620 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 81-A | 5 | |

**Street Address**
Canterbury Court

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Alpine | NJ | 07620 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 50% | 10.00 | 100% | 2/17/2016 |

### SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. [X] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. [X] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
   [ ] Seller did not receive non-like kind property.
8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.
11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. [ ] The property transferred is a cemetery plot.
14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

2-17-16
Date

Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

_____
Date

Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact



# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION

(Please Print or Type)

### SELLER'S INFORMATION

**Name(s)**
Robert Bongiorno as Trustee of the Joseph Bongiorno 1996 Residence Trust

**Current Street Address**
Canterbury Court

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Alpine | NJ | 07620 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 81-A | 5 | |

**Street Address**
Canterbury Court

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| Alpine | NJ | 07620 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 50% | 10.00 | 100% | 2/17/2016 |

### SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. [X] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. [X] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
   [ ] Seller did not receive non-like kind property.
8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.
11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. [ ] The property transferred is a cemetery plot.
14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

2-17-16
Date

Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

_____
Date

Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE

STATE OF NEW JERSEY
AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
**BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.**

STATE OF NEW JERSEY

| | FOR RECORDER'S USE ONLY |
|---|---|
| SS. County Municipal Code | Consideration $ |
| | RTF paid by seller $ |
| COUNTY Bergen  0202 | Date 2/24/16 By |

MUNICIPALITY OF PROPERTY LOCATION Alpine

*Use symbol "C" to indicate that fee is exclusively for county use.

**(1) PARTY OR LEGAL REPRESENTATIVE** (Instructions #3 and #4 on reverse side)

Deponent, Robert Bongiorno, being duly sworn according to law upon his/her oath,
deposes and says that he/she is the Trustee in a deed dated February 17, 2016 transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 81-A  Lot number 5  located at

Canterbury Court, Alpine, New Jersey 07620  and annexed thereto
(Street Address, Town)

**(2) CONSIDERATION $** 10.00 (Instructions #1 and #5 on reverse side) [X] no prior mortgage to which property is subject.

**(3)** Property transferred is Class 4A  4B  4C  (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

**(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:**
(Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$_____ ÷ _____% = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

**(4) FULL EXEMPTION FROM FEE** (Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
For consideration of less than $100. Transfer out of a Trust.

**(5) PARTIAL EXEMPTION FROM FEE** (Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN  Grantor(s) ☐ 62 years of age or over.* (Instruction #9 on reverse side for A or B)
B. BLIND PERSON  Grantor(s) ☐ legally blind or,*
   DISABLED PERSON Grantor(s) ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.  ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.  ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (Instruction #9 on reverse side)
☐ Affordable according to H.U.D. standards.  ☐ Reserved for occupancy.
☐ Meets income requirements of region.  ☐ Subject to resale controls.

**(6) NEW CONSTRUCTION** (Instructions #2, #10, #12 on reverse side)
☐ Entirely new improvement.  ☐ Not previously occupied.
☐ Not previously used for any purpose  ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed

**(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES** (Instructions #5, #12, #14 on reverse side)
☐ No prior mortgage assumed or to which property is subject at time of sale.
☐ No contributions to capital by either grantor or grantee legal entity.
☐ No stock or money exchanged by or between grantor or grantee legal entities.

**(8)** Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 17 day of February, 17, 20__

Signature of Deponent

Joseph Bongiorno 1996 Residence Trust
Grantor Name

Canterbury Ct, Alpine, NJ 07620
Deponent Address

Canterbury Court, Alpine, NJ 07620
Grantor Address at Time of Sale

MARC A ZIMMERMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ZI6302273
Qualified in Nassau County
My Commission Expires April 28, 2018

xxx-xxx-588
Last three digits in Grantor's Social Security Number

Name/Company of Settlement Officer

| FOR OFFICIAL USE ONLY |
|---|
| Instrument Number _____ County _____ |
| Deed Number _____ Book _____ Page _____ |
| Deed Dated _____ Date Recorded _____ |

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:
STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and it may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division's website at:
www.state.nj.us/treasury/taxation/lpt/localtax.shtml